DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EVERETT PEARSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1022

_____

September 15, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Lon Arend, Judge.

PER CURIAM.

    Affirmed.

SLEET, C.J., KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.